

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00238-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.G., A CHILD | § | On Appeal from the 16th District Court |
| | § | of Denton County (21-6778-16) |
| | § | February 23, 2023 |
| | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to vacate the awards of $10,000 in attorney's fees through trial and of $10,000 in attorney's fees for the appeal. We affirm the trial court's order as modified.

It is further ordered that appellant L.C. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker